IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>TERRANCE TRAYNHAM,<br><br>                Defendant. | **8:22CR47**<br><br>**ORDER** |

      On June 7, 2023 the court held a hearing on the motion of Andrew J. Wilson to withdraw as counsel for the defendant, Terrance Traynham (Filing No. 249). Andrew J. Wilson represents that there has been a material breakdown in the attorney-client relationship and that the Defendant has requested that he withdraw. After inquiry of the Defendant and his counsel, the court granted Andrew J. Wilson's motion to withdraw (Filing No. 249).

      Mary C. Gryva, P.O. Box 8574, Omaha, NE 68108, (402) 201-4890, is appointed to represent Terrance Traynham for the balance of these proceedings pursuant to the Criminal Justice Act. Andrew J. Wilson shall forthwith provide Mary C. Gryva any discovery materials provided to the defendant by the government and any such other materials obtained by Andrew J. Wilson which are material to Terrance Traynham's defense.

      The clerk shall provide a copy of this order to Mary C. Gryva and the defendant.

**IT IS SO ORDERED.**

Dated this 8th day of June, 2023.

                                                                                                                                             BY THE COURT:

                                                                                                                                             s/ Susan M. Bazis<br>
                                                                                                                                             United States Magistrate Judge