IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:22CR47 |
| vs. | **AMENDED ORDER** |
| TERRANCE TRAYNHAM, | |
| Defendant. | |

On June 7, 2023 the court held a hearing on the motion of Andrew J. Wilson to withdraw as counsel for the defendant, Terrance Traynham (Filing No. 249). Andrew J. Wilson represents that there has been a material breakdown in the attorney-client relationship and that the Defendant has requested that he withdraw. After inquiry of the Defendant and his counsel, the court granted Andrew J. Wilson's motion to withdraw (Filing No. 249).

Donald L. Schense, 1304 Galvin Road South, Bellevue, NE 68005, (402) 291-8778, is appointed to represent Terrance Traynham for the balance of these proceedings pursuant to the Criminal Justice Act. Andrew J. Wilson shall forthwith provide Donald L. Schense any discovery materials provided to the defendant by the government and any such other materials obtained by Andrew J. Wilson which are material to Terrance Traynham's defense.

The clerk shall provide a copy of this order to Donald L. Schense and the defendant.

IT IS SO ORDERED.

Dated this 13th day of June, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge